# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14818/0157990276

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Keith Carr<br>      Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br>Keith Carr, Debtor; Russell A. Brown, Trustee.<br>      Respondents. | No. 2:08-bk-06442-GBN<br><br>Chapter 13<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>4093 South Kirby St.<br>Gilbert, AZ 85297 |

      Wells Fargo Bank, N.A. secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

      1.    An Order was entered on May 19, 2009 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the

records of the Maricopa County, Arizona Recorder's Office, which encumbers the following real property:

> LOT 74, OF CORONADO RANCH PARCEL 7B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 526 OF MAPS, PAGE 11 AND THEREAFTER RESOLUTION NO. 2163 RECORDED AS 2000-0557965, OF OFFICIAL RECORDS.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

| | | | |
|---|---|---|---|
| a. | 3 - Monthly Payments at $1,641.95 each | | $4,925.85 |
| | (April 1, 2009 to June 1, 2009) | | |
| b. | 3 - Stipulated payments at $937.19 each | | $2,811.57 |
| | (April 15, 2009 to June 15, 2009) | | |
| c. | 3 - Late Charges at $74.08 each | | $222.24 |
| | (April 1, 2009 to June 1, 209) | | |
| d. | Less Debtor Suspense of | | <$622.24> |
| d. | Attorneys Fees | | $150.00 |
| | Total Reinstatement | | $7,487.42 |

3. Debtors are responsible for the subsequent payments that will come due during this Default period:

| | | | |
|---|---|---|---|
| a. | 1 - Monthly Payments at $1,641.95 each | | $1,641.95 |
| | (July 1, 2009) | | |
| b. | 1 - Stipulated payments at $937.19 each | | $937.19 |
| | (July 15, 2009) | | |

PARTIAL TENDERS WILL NOT BE ACCEPTED

4. Notice is hereby given to the Bankruptcy Court, Debtor, counsel for Debtor, and Trustee, that unless debtor default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to

conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 19th day of June, 2009.

                                          TIFFANY & BOSCO, P.A.

                                          By /s/ MSB # 010167
                                                Mark S. Bosco
                                                Leonard J. McDonald
                                                2525 East Camelback Road
                                                Suite 300
                                                Phoenix, Arizona 850165
                                                Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.